DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Kelly A. Mendenhall, | ) | |
| | ) | CASE NO. 5:06 CV 139 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The City of Akron, et, al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| | ) | |
| Janice A. Sipe, et al., | ) | |
| | ) | CASE NO. 5:06 CV 154 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nestor Traffic Systems, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT ENTRY**

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the Court grants judgment in favor of the defendants and against the plaintiffs, each party to bear its own costs. Cases closed.

IT IS SO ORDERED.

 December 9, 2008                          */s/ David D. Dowd, Jr.*
Date                                              David D. Dowd, Jr.
                                                     U.S. District Judge